**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6883**

KEITH BRYAN WEBB, a/k/a Keith Bryan Webb-El,

        Petitioner - Appellant,

     v.

STEVEN FIGIEL, Acting Warden; UNITED STATES PAROLE
COMMISSION,

        Respondents - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp,
Jr., Senior District Judge.  (5:16-cv-00044-FPS-RWT)

Submitted:  August 25, 2016        Decided:  August 30, 2016

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Keith Bryan Webb, Appellant Pro Se.  Helen Campbell Altmeyer,
Erin Carter Tison, Assistant United States Attorneys, Wheeling,
West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Bryan Webb seeks to appeal the district court's order denying his expedited motion regarding the magistrate judge's paperless order denying Webb's motion to strike. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541, 545-46 (1949). The order Webb seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>DISMISSED</u>